ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          jesse.ransom@akerman.com

*Attorneys for Plaintiff Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, | Case No.:  2:16-cv-01777 |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION** |
| COURT AT ALIANTE HOMEOWNERS ASSOCIATION;   KEYNOTE PROPERTIES, LLC; NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

Ditech Financial LLC f/k/a Green Tree Servicing LLC, hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **Ditech Financial LLC** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

///

///

Akerman LLP will continue to represent **Ditech Financial LLC** and requests ARIEL E. STERN, ESQ., and JESSE A. RANSOM, ESQ. receive all future notices.

Respectfully submitted, this 23rd day of January, 2017.

AKERMAN LLP

/s/ *Jesse A. Ransom, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

## COURT APPROVAL

IT IS SO ORDERED.
Date: 1-23-2017

UNITED STATES MAGISTRATE JUDGE

{40531480;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 23rd day of January, 2017 and pursuant to FRCP 5, I caused to be served via the CM-ECF electronic filing system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, to the following:

J. William Ebert
Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
Aaron Ray Dean
The Dean Legal Group, Ltd
725 S 8th Street Suite B
Las Vegas, NV 89101

Siria L. Gutierrez
Hall Jaffe Clayton
7425 Peak Drive
Las Vegas, NV 89128

_/s/ Renee Livingston_
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572