ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Ditech Financial LLC*
*f/k/a Green Tree Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>COURT AT ALIANTE HOMEOWNERS ASSOCIATION; KEYNOTE PROPERTIES, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>           Defendants. | Case No.: 2:16-cv-01777-JAD-CWH<br><br><br><br>**MOTION TO REMOVE ATTORNEY ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Ditech Financial LLC f/k/a Green Tree Servicing, LLC hereby

provides notice that Jesse A. Ransom, and Karen A. Whelan are no no longer associated with the law

firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46762999;1

Akerman LLP continues to serve as counsel for Ditech Financial LLC. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Rex D, Garner, Esq.

Respectfully submitted, this 22th day of October, 2018.

**AKERMAN LLP**

*/s/ Rex D. Garner*
ARIEL E. STERN ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff Ditech Financial LLC f/k/a Green Tree Servicing, LLC*

<u>**COURT APPROVAL**</u>

IT IS SO ORDERED.
Date: October 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE

46762999;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** addressed to:

J. William Ebert, Esq.
**Lipson Neilson P.C.**
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144

*Attorneys for Court at Aliante Homeowners Association*

Aaron Ray Dean, Esq.
**The Dean Legal Group, Ltd**
725 S 8th Street Suite B
Las Vegas, NV 89101

*Attorney for Keynote Properties, LLC*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

46762999;1