ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rgarner@akerman.com

*Attorneys for Plaintiff Ditech Financial LLC*
*f/k/a Green Tree Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COURT AT ALIANTE HOMEOWNERS ASSOCIATION; KEYNOTE PROPERTIES, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01777-JAD-DJA<br><br>**DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING, LLC'S CONSENT TO KEYNOTE PROPERTIES, LLC'S DEMAND FOR SECURITY FOR COSTS PURSUANT TO NRS 18.130 [ECF NO. 12]**<br><br>**AND**<br><br>**ORDER** |

Plaintiff Ditech Financial LLC f/k/a Green Tree Servicing LLC (**Ditech**) hereby consents to Keynote Properties, LLC's demand for security for costs pursuant to NRS 18.130 [ECF No. 12] and shall post a bond in the amount of $500 within five days of the Court's entry of this order.

**ORDER**

**IT IS HEREBY ORDERED** that Ditech shall post $500 in security within five days of the entry of this order.

Dated: November 5, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE